IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **CORINIO ALLEN PRUITT,** | ) |
| Plaintiff, | ) |
| v. | ) No. 3:13-cv-1003 |
| **TIM McCONNELL et al.,** | ) Judge Sharp |
| Defendants. | ) |

### ORDER

Before the Court are the following motions:

(1) Defendant Tim McConnell's motions to dismiss the original complaint (ECF No. 10) and amended complaint (ECF No. 14);

(2) Plaintiff Corinio Pruitt's motion for order compelling defendants to provide plaintiff with a neurological exam (ECF No. 16);

(3) Plaintiff's motion for the appointment of counsel (ECF No. 17); and

(4) Plaintiff's motion for exhibits and evidence (ECF No. 18).

For good cause shown, Plaintiff's motion to appoint counsel (ECF No. 17) is **GRANTED**. The Court appoints James A. Simmons, 105 Hazel Path, Hendersonville, TN 37075 (phone: 615-824-9131; email: jas52@earthlink.net), to represent Mr. Pruitt. Counsel **SHALL FILE** an amended complaint within **45 days** of the date this order is docketed. The Clerk is **DIRECTED** to ensure service of this order upon Mr. Simmons.

The Clerk is **DIRECTED** to terminate the other pending motions (ECF Nos. 10, 14, 16 and 18). Any defendant may refile a motion to dismiss or other appropriate motion or pleading after the second-amended complaint is filed. If he finds it appropriate, Plaintiff's counsel may choose to refile any of the currently pending motions that were filed by Mr. Pruitt.

It is so **ORDERED**.

_Kevin H. Sharp_
Kevin H. Sharp
United States District Judge