UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CORINIO ALLEN PRUITT, DCN 285193, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )  No. 3:13-01003 |
| v. | )  Judge Sharp |
| | ) |
| TIM McCONNELL, Health Care Administrator, | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| CENTURION MEDICAL, INC., and FIRST | ) |
| MEDICAL MANAGEMENT, | ) |
| | ) |
| Defendants. | ) |

# ORDER

In light of the fact that Plaintiff responded to Defendant FCM-MTC Medical, LLC d/b/a First Medical Management's Motion to Dismiss (Docket No. 39) by stating that "the Motion should be granted" (Docket No. 41 at 1), and in light of the fact that no objections have been filed to the Report and Recommendation (Docket No. 47) recommending that disposition, the R & R is hereby ACCEPTED and the Motion to Dismiss is hereby GRANTED. The claims against Defendant FCM-MTC Medical, LLC d/b/a First Medical Management are hereby DISMISSED WITH PREJUDICE.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE